UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
SEP 19 2016

CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 16-40057 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| RAMIRO HERNANDEZ RUBACALBA, a/k/a Ramiro Hernandez-Ruvalcaba, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Defendant filed a Plea Agreement, Factual Basis Statement and Supplement to Plea Agreement. A hearing to take the plea was held before the Magistrate Judge on July 28, 2016, and Judge Duffy issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Indictment which charged him with Illegal Reentry After Deportation in Violation of 8 U.S.C. § 1326(a). After a careful review of the file, and the parties having waived their right to object to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Ramiro Hernandez Rubacalba, a/k/a Ramiro Hernandez-Ruvacaba, is adjudged guilty.

Dated this 19th day of September, 2016.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
Deputy